THE HONORABLE ROBERT S. LASNIK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., | No. 2:20-cv-01210-RSL |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT TO FILE AND SERVE ANSWER TO PLAINTIFF'S COMPLAINT |
| MACY'S CORPORATE SERVICES, INC., an Ohio Corporation, | |
| Defendant. | |

The Parties, by and through their respective counsel, hereby stipulate and jointly move the Court to extend the deadline for Defendant to file and serve its Answer to Plaintiff's Complaint from September 8, 2020, to September 30, 2020. This extension is being sought because counsel for Defendant has just been retained and has a two-week administrative trial beginning September 15, and requires time to investigate the answer and determine with counsel for Plaintiff whether the matter can be resolved without extended litigation.

\\

\\

\\

\\

\\

STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT - 1
(Case No. 2:20-cv-01210-RSL)

**Jackson Lewis P.C.**
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

1   \\

2   \\

3

4          IT IS SO STIPULATED this 4th day of September, 2020.

5

6   REID, McCARTHY, BALLEW &             JACKSON LEWIS P.C.
    LEAHY, LLP

7

8   By:   */s/ Russell J. Reid*              By:   */s/Barry Johnsrud*
        Russell J. Reid, WSBA #2560             Barry Alan Johnsrud, WSBA #21952
9       100 W Harrison St., N. Tower, Ste 100   520 Pike Street, Suite 2300
        Seattle, WA 98119                       Seattle, WA 98101
10      206-285-0464                            206-405-0404
        rjr@rmbllaw.com                         Barry.Johnsrud@jacksonlewis.com
11

12      Attorneys for Plaintiff                 Attorneys for Defendant

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT - 2
(Case No. 2:20-cv-01210-RSL)

1

**ORDER**

2        Based upon the foregoing stipulation of the Parties, it is hereby:

3        ORDERED that, in the above-captioned matter, the deadline for Defendant to file and

4 serve their Answer to Plaintiff's Complaint is hereby extended to September 30, 2020.

5

6        Dated this 8th day of September, 2020.

7

8                            *Robert S. Lasnik*

                              Robert S. Lasnik

9                               United States District Judge

10        Presented by:

11 By:    *s/ Barry Alan Johnsrud*

           Barry Alan Johnsrud, WSBA #21952

12       520 Pike Street, Suite 2300

           Seattle, WA 98101

13       206-405-0404

           Barry.Johnsrud@jacksonlewis.com

14

15       Attorneys for Defendant

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT - 3
(Case No. 2:20-cv-01210-RSL)

**Jackson Lewis P.C.**
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404